**ORIGINAL**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SPENCER KAMAKANA,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>PUALANI KAHEAKU, in her individual capacity; et al.,<br><br>Defendants - Appellees. | No. 05-16273<br>D.C. No. CV-04-00323-SOM<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 3 2006

at __11__ o'clock and __45__ min __A__ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/17/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 1 1 2006

by _____
    Deputy Clerk

Form 10. Bill of Costs

**FILED**

United States Court of Appeals for the Ninth Circuit

DEC 0 1 2006

BILL OF COSTS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Note: If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Spencer Kamakana v. Pualani Kaheaku, in her individual Capacity; Louise Akina, in her individual capacity    CA No. 05-16273

The Clerk is requested to tax the following costs against: Plaintiff-Appellant Spencer Kamakana

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed ||||  ALLOWED To Be Completed by the Clerk ||||
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 29 | .10 | 58.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $58.00 | | | TOTAL | $58.00 |

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, Marie Manuele-Gavigan swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: *(signed)*
Date: November 29, 2006

Name of Counsel (printed or typed): Marie Manuele-Gavigan
Attorney for: Defendants-Appellees Pualani Kaheaku and Louise Akina

---

Date: 12-11-6       Costs are taxed in the amount of $ 58.00

Clerk of Court
By: _____, Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 11 2006

by: _____
Deputy Clerk