**FILED**

**NOT FOR PUBLICATION**

NOV 17 2006

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SPENCER KAMAKANA, | No. 05-16273 |
| Plaintiff - Appellant, | D.C. No. CV-04-00323-SOM |
| v. | |
| PUALANI KAHEAKU, in her individual capacity; LOUISE AKINA, in her individual capacity, | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted November 14, 2006**
Honolulu, Hawaii

Before: TROTT, WARDLAW, and W. FLETCHER, Circuit Judges.

For the reasons given in the district court's careful and thorough order, the judgment is AFFIRMED.

---

\*       This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*      This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).