INTERNAL USE ONLY: Proceedings include all events.
05-16273 Kamakana v. Kaheaku, et al

SPENCER KAMAKANA                        William H. Brady, Esq.
        Plaintiff - Appellant          808/526-3069
                                        [COR LD NTC ret]
                                        1088 Bishop Street
                                        Suite 1004
                                        Honolulu, HI 96816

                                        Rory Soares Toomey, Esq.
                                        808/533-7162
                                        [COR LD NTC ret]
                                        1088 Bishop Street
                                        Suite 1004
                                        Honolulu, HI 96813


      v.


PUALANI KAHEAKU, in her                 Marie M. Gavigan, Esq.
individual capacity                     FAX 808/523-4583
        Defendant - Appellee            808/527-5585
                                        Rm. 110
                                        [COR LD NTC cc]
                                        CITY AND COUNTY OF HONOLULU
                                        Corporation Counsel
                                        530 South King Street
                                        Honolulu, HI 96813

                                        Pualani Kaheaku
                                        [NTC prs]
                                        801 S. Beretania St.
                                        JSD Division
                                        Honolulu, HI 96815

LOUISE AKINA, in her                    Marie M. Gavigan, Esq.
individual capacity                     (See above)
        Defendant - Appellee            [COR LD NTC cc]