January 25, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-04-00323-SOM
**Appeal Number:** 05-16273
**Short Title:** Kamakana v. Kaheaku

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 30 2008
DISTRICT OF HAWAII

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 2 | | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 1 | | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 2, 2006

To:  United States Court of Appeals   Attn: (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk                    ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103        ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:       CV 04-00323 SOM        Appeal No:   05-16273

Short Title:   Kamakana vs Kaheaku

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy  5/23/2005 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: